IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00559-WYD-BNB

MARGARET MCGREW,

Plaintiff,

v.

AMF BOWLING CENTERS, INC., d/b/a AMF BROADWAY,

Defendant.

_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint and to Reset Scheduling/Planning Conference and Accompanying Deadlines** [docket no. 9, filed April 30, 2009] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and defendant shall answer or respond to the plaintiff's Complaint on or before **May 22, 2009**.

IT IS FURTHER ORDERED that the Scheduling Conference set for May 22, 2009, is **vacated and reset to June 19, 2009, at 1:30 p.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. The proposed Scheduling Order, submitted pursuant to District of Colorado ECF Procedures V.L.1.b., is due on or before **June 12, 2009**. Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. See D.C.COLO.LCivR 83.2B.

DATED: May 1, 2009