IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-00559-WYD-BNB

MARGARET MCGREW,

Plaintiff,

v.

AMF BOWLING CENTERS, INC., d/b/a AMF BROADWAY,

Defendant.

_____

## ORDER
_____

I am informed that this case has been resolved.  Accordingly,

IT IS ORDERED that on or before **September 4, 2009**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated August 14, 2009.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge