IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  09-cv-00559-WYD-BNB

MARGARET McGREW,

    Plaintiff,

v.

AMF BOWLING CENTERS, INC, d/b/a AMF BROADWAY,

    Defendant.

---

**ORDER DISMISSING ALL CLAIMS AGAINST
AMF BOWLING CENTERS, INC., WITH PREJUDICE**

---

THE PARTIES to this action submitted a Joint Stipulated Motion to Dismiss each and every claim asserted by Plaintiff against AMF Bowling Centers, Inc., with prejudice (docket #31), filed September 4, 2009.  After carefully reviewing the file in this matter, I find that the motion should be granted.  Accordingly, it is hereby

ORDERED that the Motion to Dismiss Defendant AMF Bowling Centers, Inc. (docket #31) is **GRANTED**.  It is

FURTHER ORDERED, that each and every claim of Plaintiff Margaret McGrew against AMF Bowling Centers, Inc. is hereby **DISMISSED WITH PREJUDICE**, and that Plaintiff and the Defendant shall each bear their own costs and fees, including attorney fees, in their entirety.

-2-

Dated:  September 4, 2009

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge